469 A.2d 277

Commonwealth v. Greer, Appellant.
Petition for Allowance of Appeal
Denied April 3, 1984.

Argued March 9, 1983.
Daniel M. Bell, for appellant; Floyd Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Judgment of sentence of trial court and order of PCHA court are affirmed.

469 A.2d 277

Commonwealth v. Little, Appellant.
Petition for Allowance of Appeal
Denied April 16, 1984.

Submitted July 28, 1983. Daniel Paul Alva, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence for conspiracy vacated; judgment of sentence for attempted theft of automobile affirmed.